

**Robin L. Cohen**
212.584.1813 D
olevy@cohenziffer.com

1350 Avenue of the Americas
New York, NY 10019

212.584.1890 P
212.584.1891 F

January 29, 2021

**VIA ECF**

The Honorable Anita B. Brody
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 7613
Philadelphia, PA 19106

      RE:    *Nostalgic Partners, et al. v. Philadelphia Indemnity Insurance Company*, Case No. 2:20-cv-03346-AB

Your Honor,

    I am counsel for the plaintiffs in the matter captioned *Nostalgic Partners, et al. v. Philadelphia Indemnity Insurance Company*, Case No. 2:20-cv-03346-AB, and was taking the lead in the oral argument for all plaintiffs at the upcoming hearing. We are in receipt of the Court's notice that the telephone conference scheduled for Monday, February 1, 2021 at 10:30 AM will proceed as scheduled. Dkt. # 91. I have a significant conflict on February 1 that cannot be moved. In light of that fact, we respectfully request that the Court adjourn the telephone conference to any other day next week. We apologize for not advising the Court of this conflict sooner, but our understanding was that the letter submitted by Defendant's counsel would be sufficient to result in an adjournment of the conference.

                      Respectfully Submitted,

                      s/ Robin L. Cohen
                      _____

                      Robin L. Cohen