**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JABZ CHANDLER II LLC et al., | : | |
| Plaintiff(s), | : | CIVIL ACTION |
| v. | : | |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | : | No. 20-02341 |
| Defendant. | : | |

| | | |
|---|---|---|
| NBS FITNESS LLC et al., | : | CIVIL ACTION |
| Plaintiff(s), | : | |
| v. | : | No. 20-04059 |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| AUBURN RACQUET CLUB, INC. et al., | : | |
| Plaintiff(s), | : | CIVIL ACTION |
| v. | : | No. 20-02666 |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| NOSTALGIC PARTNERS LLC et al., | : | CIVIL ACTION |
| Plaintiff(s), | : | No. 20-03346 |
| v. | : | |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | : | |
| Defendant. | : | |

## NOTICE

**AND NOW**, this 29th day of January, 2021, in light of the correspondence from the Plaintiffs (Case No. 20-cv-03346, ECF No. 92), the Court issues the following Notice:

- The telephone conference scheduled for **Monday, February 1, 2021 at 10:30 AM** is **CANCELLED**.

- The telephone oral argument on the motions to dismiss scheduled for **Friday, February 5, 2021 at 10:30 AM** is **CONVERTED** to a telephone conference to discuss Judge Brody's intention to place the above-captioned matters in suspense pending the resolution of the COVID-19 business interruption insurance cases that are currently on appeal to the United States Court of Appeals for the Third Circuit.[1]

- There will be **NO** oral argument on the motions to dismiss at the telephone conference on **Friday, February 5, 2021 at 10:30 AM**.


　　　　　　　　　　　　　　　　　　　　_S/James F.G. Scheidt_____
　　　　　　　　　　　　　　　　　　　　James F.G. Scheidt
　　　　　　　　　　　　　　　　　　　　Deputy Clerk to Judge Brody


**COPIES VIA ECF**

---

[1] The following cases are pending before the Third Circuit: *Wilson v. Hartford Fire Ins. Co.* (20-3124); *Toppers Salon & Health Spa, Inc. v. Travelers Prop. Cas. Co. of Am.* (20-3501); *4431, Inc. v. Cincinnati Ins. Co.* (20-3594); *LH Dining L.L.C v. Admiral Indem. Co.* (21-1038); *Newchops Rest. Comcast LLC v. Admiral Indem. Co.* (21-1039); *Moody v. Hartford Fin. Servs. Grp. Inc.* (21-1106); *ATCM Optical, Inc. v. Twin City Fire Ins. Co.* (21-1107).