# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JABZ CHANDLER II LLC et al., | : | |
| Plaintiff(s), | : | CIVIL ACTION |
| v. | : | |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | : : : | No. 20-02341 |
| Defendant. | | |

| | | |
|---|---|---|
| NBS FITNESS LLC et al., | : | CIVIL ACTION |
| Plaintiff(s), | : | |
| v. | : | No. 20-04059 |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | : : : | |
| Defendant. | | |

| | | |
|---|---|---|
| AUBURN RACQUET CLUB, INC. et al., | : | |
| Plaintiff(s), | : | CIVIL ACTION |
| v. | : | No. 20-02666 |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | : : : | |
| Defendant. | : | |

| | | |
|---|---|---|
| NOSTALGIC PARTNERS LLC et al., | : : | CIVIL ACTION |
| Plaintiff(s), | : | No. 20-03346 |
| v. | : | |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | : : : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 8th day of February, 2021, as stated on the record during the conference held on February 5, 2021, it is **ORDERED** that the above-captioned cases are placed in **SUSPENSE** pending the resolution of the COVID-19 business interruption insurance cases that are currently on appeal to the United States Court of Appeals for the Third Circuit.[1]

It is further **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File. It is further **ORDERED** that the Court shall retain jurisdiction, and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition. This Order shall not prejudice the rights of the Parties to this litigation.

  s/ANITA B. BRODY, J.
ANITA B. BRODY, J.

Copies **VIA ECF**

---

[1] The cases pending before the Third Circuit include *Wilson v. Hartford Fire Ins. Co.* (20-3124); *Toppers Salon & Health Spa, Inc. v. Travelers Prop. Cas. Co. of Am.* (20-3501); *4431, Inc. v. Cincinnati Ins. Co.* (20-3594); *LH Dining L.L.C v. Admiral Indem. Co.* (21-1038); *Newchops Rest. Comcast LLC v. Admiral Indem. Co.* (21-1039); *Moody v. Hartford Fin. Servs. Grp. Inc.* (21-1106); *ATCM Optical, Inc. v. Twin City Fire Ins. Co.* (21-1107); *1 SANT Inc. v. Berkshire Hathaway* (21-1109); *Indep. Rest. Grp. v. Certain Underwriters at Lloyds* (21-1175). There are currently motions pending to consolidate these cases.